FRAME & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 20, 1906.) No. 88 (4,034). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 143 Fed. 692, affirming a decision of the Board of United States General Appraisers (G. A. 6,045; T. D. 26,374). Walden & Webster

(Henry J. Webster, of counsel), for importers. I. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decision affirmed